IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL MCKISSICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV423-186 |
| ) | |
| U.S. SUPREME COURT, U.S. GRAND ) | |
| JURY, U.S. JUSTICE DEPARTMENT, ) | |
| THE STATE OF GEORGIA, CHATHAM ) | |
| COUNTY SUPERIOR COURT, CHATHAM ) | |
| COUNTY OFFICE OF THE PUBLIC ) | |
| DEFENDER, AND CHATHAM COUNTY ) | |
| DETENTION CENTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's August 16, 2023, Report and Recommendation (doc. 3), to which no objections have been filed. After a careful review of the record,[1] the Report and Recommendation (doc. 3) is **ADOPTED** as the Court's opinion in this

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

case. Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 28th day of September, 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA